John M. Runfola, SBN 096058
Pier 9, Suite 100
San Francisco, CA 94111-1497
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
MILOS PAVICEVIC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILOS PAVICEVIC,<br><br>Defendant. | No. CR 18-0583 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CHANGE OF PLEA HEARING SCHEDULED FOR OCTOBER 10, 2019** |

**IT IS HEREBY STIPULATED** by and between Frank Riebli and Neal C. Hong, Assistant United States Attorneys, counsel for the plaintiff, and John M. Runfola, counsel for the defendant MILOS PAVICEVIC, that the change of plea hearing now scheduled for October 10, 2019 at 3:00 p.m. is extended until November 21, 2019 **at 1:30 p.m.,** or as soon thereafter as is convenient for the Court.

Mr. Pavicevic requires the translation services of a certified Serbian interpreter to review the Plea Agreement with counsel. This continuance is sought by counsel for the defense to allow time to review the Plea Agreement with the defendant and a certified Serbian interpreter. This continuance is sought by the defense in order to allow for continuity and effective preparation of counsel. 18 U.S.C. section 3161(h)(7)(B)(iv).

For the reasons stated above the parties request that the Court continue the October 10, 2019 Change of Plea Hearing to November 21, 2019 at **1:30 p.m**., or as soon thereafter as is convenient

for the Court.

No party objects to the requested continuance.

For the reasons stated above, based upon the representation of counsel and for good cause shown, the parties agree that failing to exclude the time between October 10, 2019, through and including November 21, 2019, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER STIPULATED** that the time for trial under the Speedy Trial Act to continue be excluded from October 10, 2019, through and including November 21, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO STIPULATED**

DATED: 10/03/19                    /s/
                                   JOHN M. RUNFOLA
                                   Attorney for MILOS PAVICEVIC

DATED: 10/ 03 /19                  /s /
                                   FRANK RIEBLI
                                   Assistant United States Attorney

DATED: 10/ 30 /19                  /s /
                                   NEAL C. HONG
                                   Assistant United States Attorney

**IT IS SO ORDERED**

DATED: October 4, 2019             _____
                                   HONORABLE YVONNE GONZALEZ ROGERS
                                   UNITED STATES DISTRICT COURT JUDGE